DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant U. S. Attorney
333 Las Vegas Blvd. S., Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336 Fax: (702) 388-6418

Attorneys for the Government

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:04-CR-153-RLH-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | MOTION TO CONTINUE |
| ) | SUPERVISED RELEASE |
| ) | REVOCATION HEARING |
| ROBERT WAYNE ERVIN, ) | (First Request) |
| ) | |
| Defendant. ) | |

COMES NOW the United States, by DANIEL G. BOGDEN, United States Attorney, District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, representing the United States of America, Plaintiff, and hereby moves that the Supervised Release Revocation Hearing in the above-captioned cases currently scheduled for January 7, 2011, at the hour of 10:30 p.m., be vacated and continued to a date and time to be set by the Court, but not earlier than January 18, 2011, for the following reasons and for good cause shown:

1.  Counsel for the government is scheduled to undergo a medical procedure on Friday, January 7, 2011 at 10:00 a.m. and will be on medical leave for a short but currently indeterminate period thereafter. Accordingly, counsel for the government will not be available to attend the January 7, 2011 revocation hearing which is set for 10:30 a.m. Given the government counsel's lengthy history, since 2004, with this defendant, the United States would be unduly

prejudiced if it is not granted a continuance so that it may have continuity of counsel at the revocation hearing.

2. Additionally, the allegations contained in the US Probation Office's petition seeking to revoke the defendant's release, include allegations that the defendant has committed multiple new law violations, including crimes of violence against the person of another. Attempts have been made to resolve the matter by agreement between the parties, but to date, such attempts have not been successful. The undersigned government counsel anticipates that settlement will not be reached and that a half-day contested hearing, with testimony from a number of witnesses, will need to be held in order for the Court to determine whether the defendant's release should be revoked.

3. On or about December 28, 2010, the defendant was temporarily detained pending the January 7, 2011 revocation hearing. Although the defendant is in custody, he will not be unduly prejudiced by the short continuance requested herein. Defense counsel has advised that, while counsel does not believe entering a stipulation to continue the hearing is in her client's best interest, defense counsel did authorize government counsel to advise the Court that defense counsel does not oppose the requested continuance.

4. US Probation Officer Oswald was out of the office on leave until the beginning of this week. Government counsel, Kimberly M. Frayn, received copies of the police reports yesterday from Officer Oswald, and is in the process of gathering and producing these reports and any additional discovery to defense counsel. Accordingly, counsel for the defense may need additional time to review the discovery and conduct any follow up investigation deemed necessary.

5. This is the first request for a continuance of the Defendant's revocation hearing. The brief continuance requested herein will not result in undue delay and will not overly prejudice the Defendant.

. WHEREFORE, the government respectfully prays that this matter be continued to a date and time convenient to the Court, but not earlier than January 18, 2011.

DATED this __5th___ day of January, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:04-CR-153-RLH-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| ) | |
| ROBERT WAYNE ERVIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Based on the Government's pending motion to continue the supervised release revocation hearing, and good cause appearing therefore;

   IT IS HEREBY ORDERED that the Supervised Release Revocation Hearing in the above-captioned cases currently scheduled for January 7, 2011, at the hour of 10:30 p.m., be vacated and continued to  January 18, 2011 at 1:30 p.m., Courtroom 6C.

   DATED this  6th  day of January, 2011.

Roger L. Hunt
Chief United States District Judge

1